UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Erik Davis, | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. H-20-2349 |
| | § | |
| Joseph Galagaza, et al., | § | |
|     *Defendants.* | § | |

## ORDER OF ADOPTION

On June 23, 2021, Magistrate Judge Peter Bray issued a memorandum and recommendation (D.E. 38), recommending that Defendants' motion for summary judgment be granted and that the case be dismissed with prejudice. Davis's objections are denied.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the memorandum and recommendation as this court's opinion. The court will issue a separate final judgment and a separate order of sanctions and preclusion.

Signed at Houston, Texas, on this 14 day of July, 2021.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE